**Edward H. Trompke**, OSB #843653
ed.trompke@jordanramis.com
**Joseph A. Rohner IV**, OSB #064919
joseph.rohner@jordanramis.com
**Christopher K. Dolan**, OSB #922821
chris.dolan@jordanramis.com
JORDAN RAMIS PC
Two Centerpointe Dr., 6th Floor
Lake Oswego, Oregon 97035
Telephone: (503) 598-7070
Facsimile: (503) 598-7373

Attorneys for Plaintiffs Oregon Restaurant and
Lodging Association and Restaurant Law
Center

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| OREGON RESTAURANT AND LODGING ASSOCIATION, an Oregon Domestic Non-Profit Corporation; and RESTAURANT LAW CENTER,<br><br>Plaintiffs,<br><br>v.<br><br>KATE BROWN, in her official capacity as the Governor of the State of Oregon,<br><br>Defendant. | Case No. 3:20-cv-2017<br><br>DECLARATION OF CHAD WEST IN SUPPORT OF PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER<br><br>EXPEDITED CONSIDERATION REQUESTED<br><br>HEARING REQUESTED |

I, Chad West, hereby declare:

1. I make this declaration based upon my personal knowledge, and I am competent to testify to the matters stated in this declaration. I make this declaration in support of *Plaintiffs'*

Page 1 –   DECLARATION OF CHAD WEST IN
SUPPORT OF PLAINTIFFS' MOTION FOR
TEMPORARY RESTRAINING ORDER

54164-76645 4848-9965-0770.1

*Motion for Temporary Restraining Order*. The Oregon Restaurant and Lodging Association is authorized to act on behalf of me and my businesses in addressing Governor Kate Brown's COVID-19 related executive orders.

2. I am the co-owner of several "food establishments" that are subject to Governor Brown's Executive Order 20-65, including Mucho Gusto Mexican Kitchen, which has two locations in Eugene, Oregon and one location in Medford, Oregon, as well as DickieJo's Burgers, DickieYo's Frozen Treats, and Bill & Tim's Barbeque and Tap House in Eugene, Oregon. Each of these establishments is duly authorized to carry on business in the state of Oregon and in the cities in which they operate, and they are subject to applicable health department regulations. In all, my restaurants currently employ up to 106 employees, although this is 28 fewer employees than were employed just prior to the start of the COVID-19 pandemic.

3. At the start of the COVID-19 pandemic, these establishments were closed for a period of nine weeks beginning March 16, 2020. In May of this year, we began the process of reopening the establishments. Sales, however, have been down, and as of the end of October, we have lost approximately one-half million dollars in revenue. This has been devastating.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Page 2 –   DECLARATION OF CHAD WEST IN
SUPPORT OF PLAINTIFFS' MOTION FOR
TEMPORARY RESTRAINING ORDER

4.      Although we intend to keep our establishments open during the 2-week freeze period ordered by the Governor, relying on various delivery types and expanding our on-line ordering, this model is not sustainable.  Over the course of the next two weeks, we anticipate losses of up to $100,000.  To compensate, we have reduced our labor by 340 hours per week (in part by reducing employee hours and, unfortunately, by letting some employees go).  These losses, however, are not sustainable, and absent assistance from either the U.S. or Oregon governments, we will have to begin closing these businesses.

I HEREBY DECLARE THAT THE ABOVE STATEMENT IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF AND THAT I UNDERSTAND IT IS MADE FOR USE AS EVIDENCE IN COURT AND IS SUBJECT TO PENALTY OF PERJURY.

DATED this 18th day of November, 2020.


By:   *s/ Chad West*
      Chad West